# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

        **Debtor:**  DORIAN L BOND
    **Case Number:**  4:09-BK-11995-EWH    **Chapter:**  7

  **Date / Time / Room:**  TUESDAY, SEPTEMBER 08, 2009 01:30 PM   COURTROOM 446

  **Bankruptcy Judge:**  EILEEN W. HOLLOWELL
    **Courtroom Clerk:**
      **Reporter / ECR:**  N/A

## *Matter:*

DEBTOR'S APPLICATION TO REAFFIRM DEBT WITH LITTON LOAN SERVICING RE: 37859 NORTH LUKE LANE, QUEEN CREEK, AZ 85242.
    **R / M #:**  33 / 0

    **VACATED:**  DUE TO MEDICAL ILLNESS IN DEBTOR'S FAMILY, THE HEARING IS RESCHEDULED TO 10/6/09.

## *Appearances:*

NONE

## *Proceedings:*

VACATED: DUE TO MEDICAL ILLNESS IN DEBTOR'S FAMILY, THE HEARING IS RESCHEDULED FOR 10/6/2009 AT 1:30 PM AT 38 S. SCOTT AVENUE, COURTROOM 446, TUCSON, AZ.