**ORDERED.**



**Dated: October 14, 2009**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| | ) | |
| DORIAN BOND, | ) | Case No. 4-09-bk-11995-EWH |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**ORDER APPROVING REAFFIRMATION AGREEMENT**
**AND VACATING ALL POST STATUS HEARING ORDERS**

On July 23, 2009, the Debtor filed a motion for approval of the reaffirmation

agreement dated made between the Debtor and Litton Loan Servicing. The court

held a hearing pursuant to 11 U.S.C. § 524(d) on notice to the Debtor and the

Creditor on October 6, 2009.

IT IS HEREBY ORDERED that the court grants the Debtor's motion and

approves the reaffirmation agreement.

IT IS FURTHER ORDERED that all previous post status hearing orders are

vacated, and the Debtor's discharge should not be further delayed.


Dated and Signed above.

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

DORIAN L BOND
37859 N LUKE LN
QUEEN CREEK, AZ 85240

STANLEY J KARTCHNER
7090 N ORACLE RD #178-204
TUCSON, AZ 85704

LITTON LOAN SERVICING
C/O MCCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003