# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | DORIAN L BOND |
| **Case Number:** | 4:09-BK-11995-EWH    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 06, 2009 01:30 PM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

DEBTOR'S APPLICATION TO REAFFIRM DEBT WITH LITTON LOAN SERVICING RE: 37859 NORTH LUKE LANE, QUEEN CREEK, AZ  85242.

**R / M #:**   33 / 0

## *Appearances:*

DORIAN BOND, DEBTOR
MONET DUVAL, LAW STUDENT APPEARING AS FRIEND OF THE COURT

## *Proceedings:*

DEBTOR CONFERS WITH ATTORNEY AND LAW STUDENT PRIOR TO THE CASE BEING CALLED.

Mr. Duval states that this is real property and the trade-in value is unknown.  The principal balance is $94,564.00 and the monthly payment is $626.00.  It does appear that the debtor is able to make the loan payments.  This is the first mortgage.

COURT WILL ENTER ORDER APPROVING THE REAFFIRMATION AGREEMENT.


Copy of the M.E. mailed by BNC to:
Dorian Bond, Debtor
tlm